**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, | Case No. CV 23-7600 FMO (AJRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NORTH COAST BUSINESS PARK I OWNERS ASSOCIATION, INC., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 3rd day of January, 2024.

/s/
Fernando M. Olguin
United States District Judge